Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of _____
Division

Case No. **20-01014**
*(to be filled in by the Clerk's Office)*

**SECT. J MAG. 2**

*U.S. COURT OF APPEALS RECEIVED MAR 12 2020 FIFTH CIRCUIT*

Justin Fair

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Sheriff Leland Falcon
District Attorney Ricky Babin
Assistant Attorney Lana 'O' Chaney

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

TENDERED FOR FILING

X Fee  Pauper
X Process
X Dktd
___ CtRmDep
___ Doc. No.

MAR 23 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Justin Fair
Address: P.O. Box 211
Paincourtville, La 70391
City / State / Zip Code
County: Assumption
Telephone Number: 985-273-1473
E-Mail Address: Justinfair13@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Leland Falcon
Job or Title (if known): Sheriff
Address: 112 Franklin Ave, Napoleonville
Napoleonville, La 70390
City / State / Zip Code
County: Assumption
Telephone Number: 985-369-7281
E-Mail Address (if known): Administrative office.

☐ Individual capacity  ☐ Official capacity

Defendant No. 2
Name: Ricky Babin
Job or Title (if known): District Attorney
Address: 4807 Highway 1
Napoleonville, La 70390
City / State / Zip Code
County: Assumption
Telephone Number: 985-369-9905
E-Mail Address (if known):

☐ Individual capacity  ☐ Official capacity

Page 2 of 6

Defendant No. 3

Name: Lana O Chaney
Job or Title (if known): Assistant District Attorney
Address: 4807 Highway 1
Napoleonville, LA 70390
*City State Zip Code*
County: Assumption
Telephone Number: 985-369-9905
E-Mail Address (if known):

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name:
Job or Title (if known):
Address:

*City State Zip Code*

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment 4, 6, and 8 was violated

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Sheriff Leland Falcon was responsible for pending charges without valid information to arrest me. District Attorney Ricky Babin is responsible for Malicious Prosection file no Bill of Information. Assistant District Attorney Lana O Chaney Malicious Prosecution was committed by the ADA. The information was insufficient and she didn't reach a burden of proof beyond a reasonable doubt.

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In the streets of Assumption Parish and in the 23rd Judicial court of Assumption Parish.

B. What date and approximate time did the events giving rise to your claim(s) occur?

January 24th 2019 I was arrested and booked on charges valid information or discription of me.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I Justin Fair on January 24th was brought into the custody of Assumption parish Sheriff upon a false arrest by Assumption parish Deputy.
District Attorney Ricky Babin Committed malicious prosecution knowing there was no evidence to prosecute the defendant.
Assistant District Attorney LANA CHANEY Committed Malicious prosecution forcing trying to intimidate the defendant into prosecution of a conviction. Assistant District Attorney Lana O Chaney gave false information about going to file a Bill of Information and didn't on two charges. She didn't reach a Burden of Proof, Lana O Chaney.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Yes this act has cause me to be angry continuously, can't sleep. My life is behind and it only continues to grow even worse, Often I speak to individuals for anger management but am seeking professional help,

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Amount desired is not sought of as of yet, But I asked in the amount what the suit is worth and aditional fund for physically suffering set-back in life and mentally for everyday anger. I suffer with daily

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 19, 2019

Signature of Plaintiff: *Justin Fair*

Printed Name of Plaintiff: Justin Fair

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                  *City*              *State*          *Zip Code*

Telephone Number
E-mail Address

Justin Fair
P.O. Box 211
Paincourtville, La. 70391

CLERK'S OFFICE
United States District Court
Eastern District of Louisiana
New Orleans, La. 70130


